# United States District Court
## Violation Notice

CVB: WW13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6960463 | Svendsen | 58414 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/13/2016 15:16 | RCW 46.61.576 |

Place of Offense: Bldg 9646 Prescott Ave

Offense Description: Factual Basis for Charge — HAZMAT ☐

No Parking zone

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| McCarthy | Ian | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| FC01635 | WA | 02 | Jeep/Cherokee | | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 80 Total Collateral Due

### YOUR COURT DATE

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

X Defendant Signature: Not present to sign

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 Dec, 2016 while exercising my duties as a law enforcement officer in the western District of Washington

See Attached

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/13/2016  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident