# United States District Court
## Violation Notice

CVB: WW13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6960463 | Svendsen | 58414 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/13/2016 15:16 | RCW 46.61.576 |

Place of Offense

Bldg 9646 Prescott Ave

Offense Description: Factual Basis for Charge    HAZMAT ☐

No Parking Zone

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| McCarthy | Ian | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| FC01635 | WA | 02 | Jeep/Cherokee | | Blk |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50    Forfeiture Amount
+ $30    Processing Fee

PAY THIS AMOUNT → $ 80    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature    Not present to sign

(Rev. 09/2015)    Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 Dec, 20 16 while exercising my duties as a law enforcement officer in the western District of Washington

See Attached

The foregoing statement is based upon:
☑ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/13/2016    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN DEC 30, 2016 15:03
CVB SCAN DEC 30, 2016 15:03
6960463